*Bird* v. *Casein Co. of America*, 137 App. Div. 918, affirmed.
*Speare's Sons Co.* v. *Casein Co. of America*, 137 App. Div. 918, affirmed.
(Argued October 19, 1911; decided November 3, 1911.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 16, 1910, affirming a judgment in favor of plaintiffs entered upon a verdict in an action on contract.

*Charles J. Hardy, George J. Gillespie, William F. Delaney* and *Frederick P. Whitaker* for appellant.

*William S. Haskell* for respondents.

Judgment in each case affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

———

CHARLES J. VOGT et al., as Surviving Partners of the Firm of BUFFALO GALVANIZING AND TINNING WORKS, Respondents, *v.* EDGAR M. HAYMAN et al., as Surviving Partners of the Firm of MICHAEL HAYMAN AND COMPANY, Appellants.

*Vogt* v. *Hayman*, 136 App. Div. 912, affirmed.
(Submitted October 20, 1911; decided November 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 14, 1910, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court

in an action to recover for an alleged breach of contract of sale.

*George E. Pierce* for appellants.

*George A. Lewis* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.